**Motion Granted; Appeal Dismissed and Memorandum Opinion filed December 11, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-09-01065-CV

## L. MICKELE' DANIELS AND WIFE, RHONDA L. DANIELS, Appellants

## V.

## THE COMMONWEALTH CIVIC ASSOCIATION, INC., Appellee

### On Appeal from the 240th District Court
### Fort Bend County, Texas
### Trial Court Cause No. 08-DCV-165996

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 5, 2009. On November 27, 2012, the parties filed a joint motion to dismiss the appeal in order to effectuate a compromise and settlement agreement. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Christopher, and Jamison.